**UNITED STATES BANKRUPTCY COURT Middle District of Alabama**

# Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on July 27, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Jonda Brantley Stokes<br>4558 Henry Dr<br>Montgomery, AL 36116 | Brandon Stokes<br>4558 Henry Dr<br>Montgomery, AL 36116 |
| Case Number:<br>15–32006 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–7663<br>xxx–xx–8511 |
| Attorney for Debtor(s) (name and address):<br>Joshua C. Milam<br>Shinbaum & Campbell<br>566 S. Perry Street<br>Montgomery, AL 36104<br>Telephone number:  334–269–4440 | Bankruptcy Trustee (name and address):<br>Curtis C. Reding<br>P. O. Box 173<br>Montgomery, AL 36101<br>Telephone number:  334–262–8371 |

## Meeting of Creditors
### *** photo identification required ***

Date:  **September 10, 2015**                                  Time:  **11:00 AM**
Location:  **Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit):  **December 9, 2015**   For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: November 9, 2015**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed.  The hearing on confirmation will be held:
Date: **October 19, 2015**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>One Church Street<br>Montgomery, AL 36104<br>Telephone number:  334–954–3800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Juan–Carlos Guerrero |
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  July 28, 2015 |

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Middle District of Alabama

In re:
Jonda Brantley Stokes
Brandon Stokes
    Debtors

Case No. 15-32006-DHW
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2          User: admin          Page 1 of 2          Date Rcvd: Jul 28, 2015
                         Form ID: b9i          Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2015.
```
db/jdb      +Jonda Brantley Stokes,   Brandon Stokes,   4558 Henry Dr,   Montgomery, AL 36116-6938
3357871     +ACME PROPANE GAS,   PO BOX 717,   Hayneville, AL 36040-0717
3357872     +ALABAMA ORTHOPAEDIC SECIALISTS,   PO BOX 235003,   Montgomery, AL 36123-5003
3357873     +ALABAMA TITLE LOANS,   3530 ATLANTA HWY.,   MONTGOMERY, AL 36109-3620
3357874     +ALLSTATE,   P O BOX 3589,   Akron, OH 44309-3589
3357875     +APOGEE MEDICAL GROUP,   P O Box 708788,   Sandy, UT 84070-8788
3357877     +AT&T,   CONSUMER PRODUCTS DIVISION,   P.O. BOX 27-820,   KANSAS CITY, MO 64184-0001
3357881     +COLONIAL SELF STORAGE,   3250 PEACHTREE CORNER CIRCLE SUITE G,   Norcross, GA 30092-4301
3357882     +COX FLORDIA PENSACOLA,   1919 W. FAIRMONT DRVIE,   BLDG 8,   Tempe, AZ 85282-3183
3357883    ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court: CREDIT ACCEPTANCE,   25505 W. 12 MILE RD,   Southfield, MI 48034)
3357884     +CRENSHAW COUNTY Family Care Center,   P. O. BOX 432,   LUVERNE, AL 36049-9900
3357885     +Crestview Housing Authority,   371 W. Hickory Drive,   Crestview, FL 32536-3305
3357887     +DISTRICT COURT OF MONTGOMERY,   CIVIL DIVISION DV 2013-000621,   P.O. BOX 1667,
             MONTGOMERY, AL 36102-1667
3357890     +EGLIN FEDERAL CREDIT,   838 EGLIN PKWY,   Fort Walton Beach, FL 32547-2781
3357868      EQUIFAX INFORMATION SERVICES LLC,   P.O. BOX 740241,   Atlanta, GA 30374-0241
3357870      EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
3357891     +EZ MONEY,   1100 ANN STREET,   Montgomery, AL 36107-3002
3357892     +FED LOAN,   P.O. BOX 60610,   Harrisburg, PA 17106-0610
3357893     +FIN/GLELSI,   P.O. BOX 7860,   Madison, WI 53707-7860
3357894     +FINGERHUT CORPORATION,   11 MCLELAND ROAD,   ST. CLOUD, MN 56395-0001
3357898     +GEORIGA POWER,   96 ANNEX,   Atlanta, GA 30396-0002
3357899     +GREAT AMERICAN TITLE LOANS,   2975 WOODLEY ROAD,   Montgomery, AL 36111-2800
3357901     +GULF POWER CO,   C/O COLLECTION SERVICES,   180 EAST BURGESS RD, STE G,
             Pensacola, FL 32503-7300
3357902     +HAYNES AMBULANCE,   PO BOX 1515,   Wetumpka, AL 36092-0028
3357903     +HOLL CRD,   P O BOX 230609,   MONTGOMERY, AL 36123-0609
3357904     +Hon. Dee Dee Calhoun,   ASSISTANT UNITED STATES ATTY.,   P.O. BOX 197,
             MONTGOMERY, AL 36101-0197
3357908     +JEROME GRAY,   40 Naftel Court,   Grady, AL 36036-8202
3357909     +JOHN STOKES,   6145 Cherry Hill Road,   Montgomery, AL 36116-5027
3357911     +MID-ATLANTIC FINANCE,   15201 ROOSEVELT BLVD, STE 104,   CLEARWATER, FL 33760-3559
3357912     +MONCRE TELEPHONE,   PO BOX 125,   Ramer, AL 36069-0125
3357910     +Med Business Bureau,   PO BOX 1219,   PARK RIDGE, IL 60068-7219
3357913     +OB-GYN ASSOCIATES OF MONTGOMER,   495 TAYLOR ROAD,   MONTGOMERY, AL 36117-3513
3357914     +PROFESSIONAL FINANCIAL,   P.O. Box 3146,   Spartanburg, SC 29304-3146
3357915      Quint-Mar,   642 Meriweather Trail,   Lapine, AL 36046-7054
3357916     +RADIOLOGY GROUP,   1722 PINE STREET, STE 1,   Montgomery, AL 36106-1103
3357918     +SOUTH ALABAMA ELECTRIC COOP,   P.O. BOX 449,   TROY, AL 36081-0449
3357919     +SPRINT WIRELESS,   4839 N ELTON,   Chicago, IL 60630-2534
3357921     +TITLE BUCKS,   111 W. FAIRVIEW AVE,   Montgomery, AL 36105-1618
3357869     +TRANSUNION CONSUMER SOLUTIONS,   P.O. BOX 2000,   CHESTER, PA 19016-2000
3357922     +TRIBUTE,   P O BOX 105555,   Atlanta, GA 30348-5555
3357923     +TRIBUTE,   PO BOX 790193,   Saint Louis, MO 63179-0193
3357924     +U S DEPT OF ED/GSL/ATL,   2505 S FINLEY RD,   LOMBARD, IL 60148-4867
3357925     +UNIVERSITY OF PHOENIX,   4615 E ELWOOD ST FL 3,   PHOENIX, AZ 85040-1908
3357926     +WESTERN FINANCE,   2761 E. BLVD,   Montgomery, AL 36117-1549
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: jmilam@smclegal.com Jul 28 2015 21:02:37     Joshua C. Milam,
             Shinbaum & Campbell,   566 S. Perry Street,   Montgomery, AL 36104
tr          +E-mail/Text: ch13montgomery@ch13mdal.com Jul 28 2015 21:03:30     Curtis C. Reding,
             P. O. Box 173,   Montgomery, AL 36101-0173
3357876      EDI: ATTWIREBK.COM Jul 28 2015 20:58:00     AT&T,   P.O. Box 105503,   Atlanta, GA 30348-5503
3357878      E-mail/Text: bankruptcy@bbandt.com Jul 28 2015 21:02:53     BB&T,   PO BOX 1847,
             Wilson, NC 27894
3357880     +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jul 28 2015 21:02:20     CHARTER COMMUNICATIONS,
             5990 MONTICELLO DR,   Montgomery, AL 36117-6210
3357879     +EDI: CMIGROUP.COM Jul 28 2015 20:50:00     CHARTER COMMUNICATIONS,   4200 INTERNATIONAL PKWY,
             Carrollton, TX 75007-1912
3357886     +EDI: NAVIENTFKASMDOE.COM Jul 28 2015 20:58:00     DEPT OF ED/NAVIENT,   PO BOX 9635,
             WILKES BARRE, PA 18773-9635
3357889     +Fax: 614-760-4092 Jul 28 2015 21:24:56     EASY MONEY,   1102 ANN STREET,
             Montgomery, AL 36107-3002
3357888     +Fax: 614-760-4092 Jul 28 2015 21:24:56     EASY MONEY,   20 W. FAIRVIEW AVE,
             Montgomery, AL 36105-1655
3357895     +EDI: BLUESTEM.COM Jul 28 2015 20:58:00     FINGERHUT/WEBBANK,   6250 RIDGEWOOD ROAD,
             Saint Cloud, MN 56303-0820
3357896     +EDI: AMINFOFP.COM Jul 28 2015 20:58:00     FIRST PREMIER,   3820 N LOUISE AVE,
             Sioux Falls, SD 57107-0145
3357897     +EDI: AMINFOFP.COM Jul 28 2015 20:58:00     FIRST PREMIER BANK,   3820 N LOUISE AVE,
             SIOUX FALLS, SD 57107-0145
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
3357900          E-mail/Text: fpcbankruptcy@southernco.com Jul 28 2015 21:03:20      GULF POWER,
                 140 Hollywood Blvd SW,   Fort Walton Beach, FL 32548
3357905          EDI: IRS.COM Jul 28 2015 20:58:00      INTERNAL REVENUE SERVICE,    P O BOX 7317,
                 Philadelphia, PA 19101-7317
3357907          EDI: JEFFERSONCAP.COM Jul 28 2015 20:58:00      Jefferson Capital System,   16 McLealand Road,
                 P O Box 7999,    Saint Cloud, MN 56302-9617
3357920          +EDI: ALDEPREV.COM Jul 28 2015 20:58:00      STATE OF ALABAMA,   DEPARTMENT OF REVENUE,
                 P.O. BOX 320001,   MONTGOMERY, AL 36132-0001
3357925          +E-mail/Text: External.Collections@phoenix.edu Jul 28 2015 21:03:29      UNIVERSITY OF PHOENIX,
                 4615 E ELWOOD ST FL 3,   PHOENIX, AZ 85040-1908
3357927          +E-mail/Text: bankruptcy@wscadc.tzo.com Jul 28 2015 21:03:08      WESTERN SHAMROCK,   801 S ABE,
                 San Angelo, TX 76903-6735
3357929          +E-mail/Text: ebankruptcy@woodforest.com Jul 28 2015 21:03:18      WOODFOREST NATIONAL,
                 P.O. Box 7889,    Spring, TX 77387-7889
3357928          +E-mail/Text: bankruptcy@wscadc.tzo.com Jul 28 2015 21:03:08      Western Shamrock Corporation,
                 ATTENTION:  BANKRUPTCY,   801 S ABE ST.   STE, 2A,   SAN ANGELO, TX 76903-6735
                                                                                              TOTAL: 20


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3357906*          Internal Revenue Service,   Fresno, CA 93888-0419
3357917          ##+REGIONS BANK,   P O BOX 511,   Montgomery, AL 36101-0511
                                                                        TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2015                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2015 at the address(es) listed below:
NONE.                                      TOTAL: 0