**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE: JONDA BRANTLEY STOKES            CASE NO: 15-32006-DHW
       332 MERIWEATHER TRAIL
       LAPINE, AL 36046

       Soc. Sec. No. XXX-XX-7663
                   Debtor.

## INCOME WITHHOLDING ORDER

TO: ALORICA INC
      ATTN PAYROLL
      5 PARK PLAZA STE 1100
      IRVINE, CA 92614

      The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

      ORDERED that ALORICA INC withhold from the wages, earnings, or other income of this debtor the sum of **$277.00 BI-WEEKLY** and remit all such funds withheld to:

            CHAPTER 13 TRUSTEE
            15-32006-DHW JONDA BRANTLEY STOKES
            P O BOX 613108
            MEMPHIS TN 38101-3108

      The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

      This Order continues in force and effect until further Order of this court.

      Done Friday, April 28, 2017.

cc: Debtor                                               */s/ Dwight H. Williams Jr.*
    Debtor's Attorney                              Dwight H. Williams Jr.
                                                       United States Bankruptcy Judge