UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
JONDA BRANTLEY STOKES  
332 MERIWEATHER TRAIL  
LAPINE, AL 36046

Case No.15-32006-DHW  
Chapter 13

Debtor  
SSN: XXX-XX-7663

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

> EGS FINANCIAL CARE  
> ATTN PAYROLL  
> 150 CROSSPOINT PKWY  
> GETZVILLE, NY  14068

The above employer is authorized to pay all future wages to the debtor.

Done this Friday, April 28, 2017.

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge

CC:  JONDA BRANTLEY STOKES